

# Missouri Court of Appeals
## Southern District

**MARCH 10, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.      Case No.  SD33416

        Re:     TOMMY L. DANIELS,
                Movant/Appellant,
                vs.
                STATE OF MISSOURI,
                Respondent/Respondent.

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.      Case No.  SD33498

        Re:     STATE OF MISSOURI,
                Respondent,
                vs.
                TIMOTHY VAUGHN BURTON,
                Appellant.

2.      Case No.  SD33138

        Re:     STATE OF MISSOURI,
                Plaintiff-Respondent,
                vs.
                DARRYL E. ROBINSON,
                Defendant-Appellant.